1   WILLIAM SLOAN COATS (State Bar No. 94864)
    VICKIE L. FEEMAN (State Bar No. 177487)
2   SAM O'ROURKE (State Bar No. 205233)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   1000 Marsh Road
    Menlo Park, CA  94025
4   Telephone:   (650) 614-7400
    Facsimile:    (650) 614-7401
5
    DAVID J. ANDERMAN (State Bar No. 172228)
6   Lucasfilm LTD.
    P.O. Box 2009
7   San Rafael, CA  94912
    Telephone:    (415) 472-3400
8
    Attorneys for Plaintiffs
9   LUCASFILM LTD., a California Corporation and
    LUCAS LICENSING LTD., a California
10  corporation

ORIGINAL
F I L E D

JAN - 2 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  Lucasfilm LTD., a California corporation        CASE NO.  C01-4041SC
    and LUCAS LICENSING LTD., a
15  California corporation,
                                                    **DECLARATION OF SAM O'ROURKE IN**
16              Plaintiffs,                          **SUPPORT OF PLAINTIFFS' REPLY TO**
                                                    **DEFENDANT'S OPPOSITION TO**
17         v.                                        **PLAINTIFFS' MOTION FOR TEMPORARY**
                                                    **RESTRAINING ORDER AND PRELIMINARY**
18  MEDIA MARKET GROUP, LTD., et al.,               **INJUNCTION**

19              Defendants.                          Date:  January 4, 2002
                                                    Time:  10:00 a.m.
20                                                  Dept:  Courtroom 2, 4th Floor

21                                                  The Honorable Claudia Wilken

22

23

24

25

26

27

28

DOCSSV2:508535.1                                   DECLARATION OF SAM O'ROURKE
                                                   CASE NO. C01-4041SC

I, Sam O'Rourke, declare as follows:

1.     I am a member of the bar of the State of California and an attorney with Orrick, Herrington & Sutcliffe LLP. I am one of the attorneys for Plaintiffs in this action. I make this declaration in support Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for TRO and Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness. I am personally familiar with the relevant files, correspondence and pleadings exchanged and filed in the above-entitled action.

2.     On December 5, 2001, at 6:10 p.m., Defendant was served with the Complaint in this case, as well as Plaintiffs' TRO papers. A true a correct copy of the Affidavit of Service is attached hereto as Exhibit A.

3.     Service was effected only after Plaintiffs invested substantial time and effort in locating and serving Defendant. Plaintiffs enlisted the services of several private investigators to locate and serve Defendant.

4.     On January 2, 2001, I began the process of purchasing Defendant's "Starballz" DVD from Defendant's "starballz.com" website to demonstrate that Defendant is doing business in California. When I clicked on link to purchase the DVD, I was sent to a page that states "Sales tax of 8 % is applied to all orders shipped to California State." A true and correct copy of a printout of that page is attached hereto as Exhibit B.

5.     On January 2, 2001, I conducted a search on the website "dvdplanet.com" using the search term "star." The results of that search listed Defendant's movie "Starballz" directly after Plaintiffs' movie *"Star Wars Episode I: The Phantom Menace (Special Edition)."* Attached hereto as Exhibit C is a true and correct copy of the relevant portion those search results of the "dvdplanet.com" website.

6.     Counsel for Defendant, Evan Feinberg, called me on December 19, 2001, the same day the Court issued a temporary restraining order against Defendant. Mr. Feinberg informed me that his client, Media Market Group, had no intention of abiding be the terms of the

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV2:508535.1

DECLARATION OF SAM O'ROURKE
CASE NO. C01-4041SC

1

1  temporary restraining order and that MMG would continue to make, sell and distribute the movie

2  Starballz despite the Court's order to the contrary.

3          I declare under the penalty of perjury according to the laws of the United States

4  that the foregoing is true and correct.  Executed on Wednesday, January 02, 2002, in Menlo Park,

5  California.

6                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                          _____

9                                                  Sam O'Rourke
                                           Attorneys for Plaintiff, LUCASFILM, LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV2:508535.1

DECLARATION OF SAM O'ROURKE
CASE No. C01-4041SC

-2-

# AFFIDAVIT OF SERVICE

*UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA*

*Index No. C 01 4041*

*LUCASFILM LTD., A CALIFORNIA CORPORATION, ET ANO*

**Plaintiff**

- against -

*MEDIA MARKET GROUP, LTD., ET AL*

**Defendant**

**State Of New York, County of New York SS:**
**KAREN BELL**
Being duly sworn, deposes and says, that she is over the age of 18 years, is not party to this action and resides in New York.

That on the 5th day of **DECEMBER 2001**, At 6:10 PM

At: **313 CHURCH STREET, NEW YORK, NEW YORK**

Deponent served the annexed: 1) **CIVIL COVER SHEET; SUMMONS; COMPLAINT FOR FEDERAL INFRINGEMENT, TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN, AND TRADEMARK DILUTION; STATE LAW UNFAIR COMPETITION, FALSE ADVERTISING, AND TRADEMARK DILUTION; COMMON LAW TRADEMARK INFRINGMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE 2) PLAINTIFFS' EX PARTE MOTION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; 3) PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; 4) DECLARATION OF DAVID J. ANDERMAN IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; 5) [PROPOSED] ORDER**

Upon: **MEDIA MARKET GROUP, LTD.**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **PETER DeMAS** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: **35** App. Ht: **5'8"** App. Wt. **190**
Other identifying features: **GLASSES**

Sworn to before me this 6th
day of **DECEMBER, 2001**

*Karen Bell*

**KAREN BELL #100-4468**

AYESHA A. ROLDAN
Commissioner of Deeds
City of New York - No.1-6486
Certificate Filed in New York County
Commission Expires June 8, 2002



Order Entry          Order Review          Checkout Complete



# MMG Anime - Shopping Cart Display

Below are the contents of your shopping cart. You may either "Shop More," change the quantity and then "Update Cart," or "Checkout" to purchase the carts contents.

## Your Cart Contains

| Quantity | Item Name | Product SKU | Price | Total |
|---|---|---|---|---|
| 1 | **Starballz DVD** | **DV0001** | **$14.95** | **$14.95** |
| | | | Sub-Total | **$14.95** |

\* Sales tax of 8 % is applied to all orders shipped to California State.

| Shop More | Update Cart |
|---|---|

| Checkout |
|---|

Copyright © 1998-2001 MSBill. All rights reserved



  

**Welcome to DVDPlanet.**

**DVD Quick Search**



**USE POWER SEARCH**

**New Release**

**Coming Soon**

**Recent Releases**

**DVD Categories**

Action/Adventure

Animation

Anime

Children/Family

Comedy

Drama

Foreign

Horror

Music

Musicals

Mystery/Suspense

Sci-Fi/Fantasy

Silent

Special Interest

TV Classics

Westerns

ALL CATEGORIES





## DVD QuickSearch

Your search on '**star**' returned **183 titles**.  Titles **141 - 175**.

**Legend:** ●=In Stock  ◄=Low Stock  ★=Out of Stock  ●=Coming Soon  ●=Studio Hold
Stock for **domestic (U.S.)**, online orders only; does not reflect stock status at the
retail store or stock for International orders.

Go to page:  next  1  2  3  4  5  6

| Title | Retail Price | Planet Price | Wish List | Add t Cart |
|---|---|---|---|---|
| ● Star Trek TV #35: That Which Survives/ Let That Be Your Last Battlefield  10/23/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek TV #36: Whom Gods Destroy/ The Mark Of Gideon  10/23/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek TV #37: The Lights Of Zetar/ The Cloud Minders  11/27/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek TV #38: The Way To Eden/ Requiem For Methuselah  11/27/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek TV #39: The Savage Curtain / All Our Yesterdays  12/11/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek TV #40: Turnabout Intruder / The Cage (2 Versions)  12/11/2001 | $19.99 | $14.99 | wish | cart |
| ● Star Trek: First Contact  10/6/1998 | $29.99 | $22.49 | wish | cart |
| ● Star Trek: Generations  11/17/1998 | $29.99 | $22.49 | wish | cart |
| ● Star Trek: Insurrection  5/11/1999 | $29.99 | $22.49 | wish | cart |
| ● Star Trek: The Motion Picture (Special Edition)  11/6/2001 | $29.98 | $22.49 | wish | cart |
| ● Star Trek: The Motion Pictures Collection  11/6/2001 | $269.91 | $202.43 | wish | cart |
| ● Star Trek: The Original Crew Movie Collection  11/6/2001 | $179.94 | $134.95 | wish | cart |
| ● Star Wars Episode 1: The Phantom Menace (Special Edition)  10/16/2001  **On Sale!** | $29.98 | $20.99 | wish | cart |
| ● Starballz  1/2/2002  **Pre-Order** | $29.95 | $20.96 | wish | Pre |
| ● Stardom  9/25/2001 | $24.98 | $18.74 | wish | cart |
| ● Stardust Memories  7/4/2000 | $19.98 | $14.99 | wish | cart |
| ● Stargate (Special Edition / Director's Cut & Theatrical Cut - Repackage)  9/18/2001 | $19.98 | $14.99 | wish | cart |
| ● Stargate (Special Edition/ Director's Cut & Theatrical Cut)/ Moon 44  10/23/2001 | $24.98 | $18.74 | wish | cart |
| ● Stargate (Special Edition/ Director's Cut & Theatrical Cut)  10/26/1999 | $19.98 | $14.99 | wish | cart |
| ◄ Stargate SG-1 #1  2/29/2000 | $14.95 | $11.21 | wish | cart |
| ● Stargate SG-1 #2  5/22/2001 | $14.95 | $11.21 | wish | cart |
| ● Stargate SG-1: Season #1  5/22/2001 | $89.96 | $67.47 | wish | cart |
| ● Stargaze: Hubble's View Of The Universe  9/26/2000 | $24.99 | $18.74 | wish | cart |
| ● Starker Plays Baker: Singers Of Songs, Weavers Of Dreams (Audio Only DVD)  2/22/2000 | $25.00 | $18.75 | wish | cart |
| ● Starman  8/25/1998 | $14.95 | $11.21 | wish | cart |



**SUPERSTORE**

**Subscribe**
to one of our
email lists

**DVD Deals**

Titles Under $6.00

Titles $6 - $10

Titles $10 - $15

Titles $15 - $20

**Customer Service**

Login

Contact Us

About DVDPlanet

Privacy Policy







| | | | |
|---|---|---|---|
| ●Starry Night  1/30/2001 | $24.98 | $18.74 | wish cart |
| ●Stars Of Star Wars  7/20/1999 | $14.98 | $11.24 | wish cart |
| ●Stars' Caravan  3/13/2001 | $24.98 | $18.74 | wish cart |
| ●Starship Troopers (Special Edition)  5/19/1998 | $19.95 | $14.96 | wish cart |
| ●Starter Pack DVD Box Set: Ghostbusters/ Godzilla/ Mask Zorro/ Sleepless Seattle  2/1/2000 | $70.95 | $53.21 | wish cart |
| ●Starting Over (Cable Version)  12/11/2001 | $34.99 | $26.24 | wish cart |
| ●Startup.com (Special Edition)  9/18/2001 | $24.98 | $18.74 | wish cart |
| ●Starwoids  10/23/2001 | $19.98 | $14.99 | wish cart |
| ●Superstar  4/11/2000 | $29.99 | $22.49 | wish cart |
| ●Superstar: The Life And Times Of Andy Warhol (Special Edition)  1/23/2001 | $24.98 | $18.74 | wish cart |

**Go to page:** next  1  2  3  4  5  6

**Legend:** ●=In Stock  ●=Low Stock  ●=Out of Stock  ●=Coming Soon  ●=Studio Hold
Stock for **domestic (U.S.)**, online orders only; does not reflect stock status at the retail store or stock for International orders.