COPY

WILLIAM SLOAN COATS (State Bar No. 94864)
VICKIE L. FEEMAN (State Bar No. 177487)
SAM O'ROURKE (State Bar No. 205233)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

DAVID J. ANDERMAN (State Bar No. 172228)
Lucasfilm LTD.
P.O. Box 2009
San Rafael, CA 94912
Telephone: (415) 472-3400

Attorneys for Plaintiffs
LUCASFILM LTD., a California Corporation and
LUCAS LICENSING LTD., a California
Corporation

**ORIGINAL FILED**

JAN - 2 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD., a California corporation and LUCAS LICENSING LTD., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA MARKET GROUP, LTD., et al.,<br><br>Defendants. | CASE NO. C01-4041SC<br><br>**DECLARATION OF WILLIAM SLOAN COATS IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date: January 4, 2002<br>Time: 10:00 a.m.<br>Dept.: Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken |

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DECLARATION OF WILLIAM SLOAN COATS
Case No. C01-4041SC

I hereby declare that if called as a witness I could testify competently and of my own personal knowledge as follows:

1.  I am a member of the law firm of Orrick Herrington and Sutcliffe, counsel of record for plaintiffs Lucasfilm Ltd. and Lucas Licensing Ltd.

2.  On October 23, 2001, I went on the website www.starballz.com. This website appears to be sponsored by and for the defendant Media Market Group, Ltd., which also has a website mmganime.com. The Starballz website advertised for sale its new anime video entitled Starballz. The website included advertising and promotional material for the video. The website also indicated that you could buy copies of Starballz by following the instructions on the site. Attached hereto as Exhibit A and incorporated herein by this reference is a true and correct copy of the current screen of the Starballz website. I followed those instructions and ordered two copies of the DVD version of Starballz, which were mailed to me at my offices at 1000 Marsh Road,, Menlo Park, California..

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on January 2, 2002 in Menlo Park, California.

_____
William Sloan Coats

# STARBALLZ is OUT



### check out the free PG demos



### or buy the movie

**Only $14.95**