OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
RICHARD  W. WIEKING                              1301 CLAY STREET, SUITE 400S
     CLERK                                          OAKLAND, CA 94612-5212
                              510.637.3530
```

January 7, 2002


Dear : William Sloan Coats

On [1/2/02], you filed a **Reply to defendant's opposition and declarations in support** manually, on paper, in case number **C-01-4041-CW**.  That case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

We have filed and docketed the paper document you submitted.  However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases.  Therefore, as soon as possible you should submit the document you filed on paper, in PDF format, as an attachment to an e-mail message  to ecf-cand@cand.uscourts.gov , so that we can attach the document electronically to the docket entry.  You should electronically file all subsequent papers in this case, unless you are specifically exempted from doing so by the judge to whom the case is assigned.


                         Sincerely,
                RICHARD W. WIEKING, Clerk


                by:  Kelly Collins
                Case Systems Administrator