```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

Lucasfilm                                           NO. C-01-4041 CW

v.                                                  **MINUTE ORDER**
                                                    Date: January 4, 2002
Media Market Group.
_____/

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill         Court Reporter:** Nici Rodich

**Appearances for Plaintiff:**
William Coats; Sam O'Rourke

**Appearances for Defendant:**
Evan Feinberg

                              **Motions:**

Plaintiff              Mo. re preliminary     Under submission
                       injunction

Further briefing due:
Order to be prepared by:  Court

              **Case Management Conference Held?: No**

Notes:  Motion taken under submission.

Copies to:  Chambers