WILLIAM SLOAN COATS (State Bar No. 94864)
VICKIE L. FEEMAN (State Bar No. 177487)
SAM O'ROURKE (State Bar No. 205233)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

DAVID J. ANDERMAN (State Bar No. 172228)
Lucasfilm LTD.
P.O. Box 2009
San Rafael, CA 94912
Telephone: (415) 472-3400

Attorneys for Plaintiffs
LUCASFILM LTD., a California Corporation and
LUCAS LICENSING LTD., a California
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD., a California corporation and LUCAS LICENSING LTD., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA MARKET GROUP, LTD., et al.,<br><br>Defendants. | CASE NO. C01-4041SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>The Honorable Claudia Wilken |

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:183533.1
12564-5 SO1

NOTICE OF VOLUNTARY DISMISSAL

1  NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(i) of the Federal
2  Rules of Civil Procedure, Plaintiffs' LUCASFILM LTD., and LUCAS LICENSING LTD,
3  voluntarily dismiss the above-captioned action without prejudice.

5  DATED: Feb. 19, 2002.

ORRICK, HERRINGTON & SUTCLIFFE

By: _____
William Sloan Coats
Vickie L. Feeman
Sam O'Rourke
Attorneys for LUCASFILM LTD., a
California Corporation and LUCAS
LICENSING LTD., a California Corporation

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:183533.1
12564-5 SO1

NOTICE OF VOLUNTARY DISMISSAL

1